UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Richmond Division

BRIAN GOSLIN,

    Plaintiff,

v.   Case No.: 3:24-cv-843

BOAR'S HEAD PROVISIONS CO., INC.,

    Defendant.

### AGREED DISMISSAL ORDER

THIS DAY came the parties, Brian Goslin, by counsel, and Boar's Head Provisions Co., Inc., by counsel, in this personal injury action and moved the Court to enter an Order causing this case to be dismissed with prejudice; And

IT APPEARING to the Court that the parties have mutually agreed to resolve this matter, it is hereby,

ORDERED, ADJUDGED, AND DECREED that this matter be, and the same hereby is DISMISSED WITH PREJUDICE; and

It is ORDERED that the Clerk shall remove this matter from the Court's active docket;

Entered this 7th day of May, 2025.

/s/ REP
Honorable Robert E. Payne
Senior United States District Judge

I-2907701.1

WE ASK FOR THIS:

*[signature]*

Kevin L. Keller (VSB No. 30731)
Kevin M. Kennedy (VSB No. 75071)
Bryn L. Clegg (VSB No. 96923)
Willcox & Savage, P.C.
440 Monticello Avenue, Suite 2200
Norfolk, Virginia 23510
Telephone: (757) 628-5500
Facsimile: (757) 628-5566
kkeller@wilsav.com
kkennedy@wilsav.com
bclegg@wilsav.com
*Counsel for Boar's Head Provisions Co., Inc.*

Alan M. Maxwell (admitted *phv*)
Weinberg Wheeler Hudgins Gunn & Dial, LLC
3344 Peachtree Road NE, Suite 2400
Atlanta, GA 30326
Telephone: (404) 876-2700
Facsimile: (404) 875-9433
amaxwell@wwhgd.com
*Counsel for Boar's Head Provisions Co., Inc.*

SEEN AND AGREED:

*[signature]*
_____
Emily C. Lagan, Esquire
Salvatore J. Zambri, Esquire
Regan Zambri Long
1919 M Street NW, Suite 600
Washington, DC 20036
Telephone: (202) 463-3030
Facsimile: (202) 463-0667
elagan@reganfirm.com
szambri@reganfirm.com
*Counsel for Plaintiff*

William D. Marler, Esquire (admitted *phv*)
Marler Clark
180 Olympic Drive S.E.
Bainbridge Island, WA 98110
Telephone: (206) 346-1888
Facsimile: (206) 346-1898
bmarler@marlerclark.com
*Counsel for Plaintiff*